.*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

**William S Terry**                       **JUDGMENT IN A CIVIL CASE**
    vs.                                                 **Case No.** 2:09-CV-624

                                                                   **Magistrate Judge King**
**United States Enrichment Corp. Et al**

[ ]  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ]  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X]  **Decision by Court.**  This action was decided by the Court without a trial or hearing.

      IT IS ORDERED AND ADJUDGED that pursuant to the Opinion and Order  filed on July 5, 2011 motion  for summary judgment is granted. This action is dismissed.

Date: July 5, 2011                          **James Bonini, Clerk**

                                          By: _s/Rashan Spraggins_____
                                             Rashan Spraggins , Deputy Clerk